| AO 10 Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2009 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| RADER, Randall R. | Ct. of Appeals Fed. Circuit | 05/03/2010 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Article III Active Cir. Judge | ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2009 to 12/31/2009 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 717 Madison Place, N.W. Suite 809 Washington, D.C. 20439 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board Member | Bd. Of Advisors, George Washington University |
| 2. Adjunct Professor | The George Washington University Law School |
| 3. Board Member | Intellectual Prop. Advisory Bd. DePaul University College of Law |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

DISCLOSURE OFFICE RECEIVED 2010 MAY 11 A 10: 13

| Name of Person Reporting | Date of Report |
|---|---|
| RADER, Randall R. | 05/03/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. Spring S | Lecturer, The George Washington University Law School | $12,157 |
| 2. Fall S | Lecturer, The George Washington University Law School | $12,157 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2009 | Fairfax County Adult Education |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children, see pp 25-27 of filing instructions )*

☐ NONE *(No reportable reimbursements )*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Colorado Bar Association | January 5, 2009 | Denver, CO | Edcucation seminar | travel and lodging |
| 2. | Santa Clara University | January 28-30, 2009 | San Jose, CA | Education seminar | travel and lodging |
| 3. | Korean Intellectual Property Association | February 16-20, 2009 | Seoul, Korea | Education seminar | travel and lodging |
| 4 | GW Indian Project | February 23-27, 2009 | Delhi, India | Educational seminar | travel and lodging |
| 5. | University of Washington | March 25-27, 2009 | Strasbourg, France | Educational seminar | travel and lodging |
| 6. | Kenyon & Kenyon | April 10, 2009 | New York City, NY | Educational seminar | travel and lodging |
| 7. | New York Intellectual | April 14-17, 2009 | Cambridge, United | Educational seminar | travel and lodging |

| Name of Person Reporting | Date of Report |
| --- | --- |
| RADER, Randall R. | 05/03/2010 |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| | Property Law Association and Fordham University | | Kingdom | | |
| 8. | Munich Intellecutual Property Law Center | May 7-15, 2009 | Munich, Germany | Educational seminar | travel and lodging |
| 9. | Pharma IQ | May 26-28, 2009 | London, United Kingdom | Educational seminar | travel and lodging |
| 10. | Bio Forum | June 1-5, 2009 | Shanghai, China | Educational seminar | travel and lodging |
| 11. | LES International Conference | June 8-11, 2009 | Manila, Philippines | Education seminar | travel and lodging |
| 12. | Momsen, Leonardos & Cia | July 14-17, 2009 | Rio Janeiro, Brazil | Educational seminar | travel and lodging |
| 13. | University of Washington | July 22-24, 2009 | Seattle, WA | Educational seminar | travel and lodging |
| 14. | San Diego Intellecutual Property Law Association | August 26-28, 2009 | San Diego, CA | Educational seminar | travel and lodging |
| 15. | IBC Legal Conference | September 14-15, 2009 | London, United Kingdom | Educational seminar | travel and lodging |
| 16. | Sedona Conference | October 22-23, 2009 | Sedona, AZ | Educational seminar | travel and lodging |
| 17. | U.S. Chambers of Commerce | October 26-30, 2009 | Guangdong, China | Educational seminar | travel lodging |
| 18. | Tokyo Univerisity | November 23-25, 2009 | Tokyo, Japan | Educational seminar | travel lodging |
| 19. | Asian Pacific Law Institute | November 30-December 3, 2009 | Shanghai, China | Educational seminar | travel lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| RADER, Randall R. | 05/03/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RADER, Randall R. | 05/03/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Treasury Department Federal Credit Union | D | Int./Div. | J | T | | | | | |
| 2. Rental Property, Portland, Oregon (2006-$170,000) | D | Rent | M | R | | | | | |
| 3. | | | | | | | | | |
| 4. | | | | | | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544